IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN BRANDON FLORES CAZARES (12) | NO. 3:26-CR-00548-B |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

The United States respectfully submits this Motion to Modify Conditions of Release and states as follows:

On October 7, 2026, defendant Kevin Brandon Flores Cazares appeared before United States Magistrate Judge Brian McKay for his arraignment. During the arraignment, the United States requested a special condition of release for Flores Cazares; namely, that he be required to notify any current or future employer of the pending charges against him because he is alleged to have committed the charged offenses as a banking insider. Flores Cazares stated that he was unopposed. Judge McKay requested that the parties move to modify the conditions of release to include exact language.

Accordingly, the United States requests that Flores Cazares' conditions of release be modified to include the following special condition: "You must disclose the pending charges to your current or future employer and inform pretrial of the current address and phone number of your employer."

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

MICHAEL J. MURTHA
Assistant United States Attorney
Texas Bar Number 24116801
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8805
Michael.Murtha@usdoj.gov

**CERTIFICATE OF CONFERENCE**

I certify that on October 8 and 13, 2026, I attempted to confer with defense counsel to confirm that defendant was unopposed to this requested relief as stated on October 7, 2026. I did not receive a response.

/s/ *Michael J. Murtha*
MICHAEL J. MURTHA
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was filed via the Court's CM/ECF System on this 14th day of October 2026.

/s/ *Michael J. Murtha*
MICHAEL J. MURTHA
Assistant United States Attorney