IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN BRANDON FLORES CAZARES (12) | NO. 3:26-CR-00548-B |

**[PROPOSED] ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE**

Pending before the Court is the United States' Motion to Modify Conditions of Release. Having considered the Motion, the Court finds that it should be GRANTED.

It is therefore ORDERED that defendant Kevin Brandon Flores Cazares' conditions of released are modified to include the following special condition: "You must disclose the pending charges to your current or future employer and inform pretrial of the current address and phone number of your employer."

So ordered on October __, 2026.

_______________________________
THE HONORABLE JANE J. BOYLE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS